UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

EUGENE CHRISTOPHER BANKS,

    Plaintiff,

v.

CAL R. LUDEMAN, DENNIS BENSON, NANCY JOHNSTON, GREG CARLSON, BRIAN NINNEMAN, THOMAS LUNDQUIST, and ALLISON ECKLUND, in their individual and official capacities,

    Defendants.

**ORDER**
Civil File No. 08-5792 (MJD/JJK)

---

Eugene Christopher Banks, pro se.

Barbara E. Berg Windels, Minnesota Attorney General's Office, Counsel for Defendants.

---

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 11, 2009 [Docket No. 14]. Defendants have filed an objection to the Report and Recommendation [Docket No. 15]. Pursuant to statute, the Court has conducted a de novo review

1

of the record. See 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss [Docket No. 5] is **DENIED**.

Date: May 17, 2009  s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court