# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Eugene Christopher Banks,          Civ. No. 08-5792 (MJD/JJK)

    Plaintiff,

v.

Cal R. Ludeman, in their individual and official capacity; Dennis Benson, in their individual and official capacity; Nancy Johnston, in their individual and official capacity; Greg Carlson, in their individual and official capacity; Brian Ninneman, in their individual and official capacity; Thomas Lundquist, in their individual and official capacity; Allison Ecklund, in their individual and official capacity;

**REPORT AND RECOMMENDATION**

    Defendants.

---

Eugene Christopher Banks, 1111 Hwy 73, Moose Lake, MN 55767, *pro se*.

Barbara E. Berg Windels, Minnesota Attorney General's Office, counsel for Defendants.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 9, 2010. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    Defendants' Motion for Sanctions and Injunction (Doc. No. 61), is **DENIED**.

Date: April 13, 2010                            s/Michael J. Davis
                                                           Michael J. Davis
                                                           Chief Judge
                                                           United States District Judge